# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JUANITA GARCIA, § | |
| *Plaintiff*, § | |
| § | |
| v. § | MO:20-CV-093-DC |
| § | |
| VON GRIST, INC., and § | |
| CHRISTOPER GRIST, § | |
| *Defendants*. § | |

## FINAL JUDGMENT

On this day the Court considered the status of the above captioned cause. Previously, Plaintiff Juanita Garcia (Plaintiff) voluntarily dismissed her claims against Lilliana Grist and Von Grist, Inc. Recently, the Court granted default judgment against Defendant Christopher Grist (Defendant). As all claims have been resolved, the Court now enters final judgment against Defendant pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that judgment is entered against Defendant, and Plaintiff is awarded the following: (1) $3,645.33 as unpaid overtime wages; (2) $3,645.33 in liquidated damages; (3) $3,360.00 in attorney fees; and (4) $848.00 in costs.

It is finally **ORDERED** that the Clerk of Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 27th day of May, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE